IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR 119-095 |
| | ) | |
| BRAIDONNIS EUGENE ALEXANDER | ) | |

**O R D E R**

Counsel have advised the Court all pretrial motions have been satisfied or otherwise resolved. (See doc. no. 24.) Therefore, a motions hearing is not necessary, and the pending motions referred to the undersigned are **MOOT**. (Doc. nos. 13-19, 21.)

SO ORDERED this 23rd day of October, 2019, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA